(27 Misc. Rep. 50.)

### PETSCHAFT v. LUBOW.

(Supreme Court, Special Term, New York County. March, 1899.)

ARREST—SERVICE OF PAPERS—DEFECTIVE COPIES.
    Where the original papers are not defective, an order of arrest will not be vacated for defects in the copies of the papers served on defendant at the time of the arrest.

Action by Morris Petschaft against Nathan Lubow. Heard on motion by defendant to vacate an order of arrest. Denied.

Goldfogle, Cohn & Lind, for the motion.

W. N. Loew, opposed.

GIEGERICH, J. The order of arrest is assailed solely upon the ground that the copies of the papers served upon the defendant at the time of arrest did not contain a jurat or verification. The original papers were not defective, and the order cannot be vacated for defects in the copies. Barker v. Cook, 40 Barb. 254; Bank v. Moore, 5 Hun, 624.

Motion denied, but without costs.